UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DORICE PRUDE,<br>　　　Plaintiff,<br><br>-v-<br><br>WAL-MART STORES, INC.,<br>　　　Defendant. | No. 1:16-cv-17<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This matter has been remanded to the state courts for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 11, 2016                                             /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge